**The People of the State of Illinois, Defendant in Error, v. Leffel King, Plaintiff in Error.**

**Gen. No. 11,273.** 

Second District, First Division.

May 25, 1960.

John R. Snively, of Rockford, for plaintiff in error; John B. Anderson, State's Attorney, and Rosario A. Gaziano, Assistant State's Attorney, of Rockford, for defendant in error. Opinion by PRESIDING JUSTICE McNEAL. Not to be published in full.